UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80628-CIV-HURLEY

**MAYFAIR HOUSE ASSOCIATION, INC.**
    **plaintiff,**

vs.

**QBE INSURANCE CORPORATION,**
    **defendant.**
_____/

## ORDER DENYING MOTIONS AS MOOT [DE#41, 42, 43]

**THIS CAUSE** is before the court following the parties' report of settlement with respect to all issues raised by the motion for attorneys fees and costs [DE# 41, 42] and the motion for supplemental relief/declaratory judgment [DE# 43] pursuant to response to show cause order [DE# 48]. In light of the notice of settlement of these issues, it is

**ORDERED AND ADJUDGED**:

1. The plaintiff's motion for attorneys fees and litigation costs [DE# 42] and bill of costs [DE# 41], together with motion for supplemental declaratory judgment [DE# 43] are **DENIED as MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 19th day of December, 2008.

                                                      Daniel T. K. Hurley
                                                    United States District Judge

cc.
all counsel